STATE OF LOUISIANA

VERSUS

WILLIE BROWN

NO. 25-KH-419

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

_____ September 16, 2025 _____

Susan Buchholz
Chief Deputy Clerk

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

**IN RE** WILLIE BROWN

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE KIRK A. VAUGHN, DIVISION "C", NUMBER 16,11

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

**WRIT DENIED**

According to the writ application, the relator, Mr. Brown, pled guilty on April 3, 2019, and the court sentenced him to 17 years at hard labor. On June 16, 2025, he filed a "Motion To Correct A Plea Of Guilty," which the trial court denied as repetitive on the same date. Mr. Brown now seeks review of that judgment.

For a timely application for a supervisory writ in a criminal case, the applicant must file the notice of intention to apply for a supervisory writ in the trial court within thirty days from the ruling at issue. Uniform Rules, Courts of Appeal Rule 4-2, *State v. Cepriano*, 22-77 (La. App. 5 Cir. 3/30/22), 337 So.3d 999, 1002 (citation omitted). The instant writ application indicates that Mr. Brown filed his notice of intent on August 4, 2025, more than 30 days after the June 16, 2025, ruling. Uniform Rules, Courts of Appeal Rule 4-3 states:

25-KH-419

> In criminal cases, unless the judge orders the ruling to be reduced to writing, the return date shall not exceed 30 days from the date of the ruling at issue.

The application is void of any indication that the trial judge ordered its judgment to be in writing. It also does not appear that the court granted any extensions to file the writ application. Therefore, the return date was also untimely.

The trial court did not consider the merits of Mr. Brown's petition but denied it as repetitive. In his writ application, Mr. Brown provides no argument or evidence of an error in the trial court's ruling but instead urges this Court to consider the merits of his Motion To Correct A Plea Of Guilty. On the showing made, we find no basis upon which we can grant relief. Accordingly, we deny Mr. Brown's writ application.

Gretna, Louisiana, this 16th day of September, 2025.

**JJM**
**SMC**
**MEJ**

2



SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/16/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**25-KH-419**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
40th District Court (Clerk)
Honorable Kirk A. Vaughn (DISTRICT JUDGE)
Bridget A. Dinvaut (Respondent)

### MAILED
Willie Brown #744121 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748